IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JOSEPH FREDERICK HATTEN,

     Appellant,

 v.

Case No.  5D22-112
LT Case No. 2020-MH-000005-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and
Allison A. Havens, Assistant Public
Defender, Daytona Beach, for Appellant.

Joseph Frederick Hatten, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.